SISK *v.* EBY, JUDGE ET AL.

[No. 0-592. Filed March 16, 1960.]

*Rufus Sisk, pro se.*

PER CURIAM—Petitioner has filed in this court a paper he calls a petition for writ of certiorari attempting to review an allegedly adverse judgment rendered against him in the lower court.

No transcript and assignment of errors have been filed which are necessary to give this court jurisdiction under Rule 2-2 of this Court.

As we have no jurisdiction of petitioner's attempted appeal, the petition is dismissed.

Achor, J., not participating because of illness.

NOTE.—Reported in 165 N. E. 2d 139.

STATE EX REL. BRATTON *v.* PRESIDING JUDGE OF CRIMINAL COURT OF MARION COUNTY ETC.

[No. 0-593. Filed March 23, 1960.]

*Thomas E. Bratton, pro se.*

PER CURIAM—Petitioner, appearing *pro se*, files under the above caption what he designates as a "Motion to file and proceed in forma pauperis on typewritten papers."

As the relief sought relates to a proceeding in an inferior court, certified copies of all proceedings, orders and entries pertaining to the subject-matter should be set out in the petition or made exhibits thereto as required by Rule 2-35 of this court.

Petitioner has failed to comply with this rule and the petition is, therefore, denied.

NOTE.—Reported in 165 N. E. 2d 606.